**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:    CHAPTER 13 CASE:

CHRISTOPHER MINOR    07-00974-ee

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| R. CHARLES ROBB | PO BOX 1044<br>VICKSBURG, MS 39181 | $501.25 |
| | | |
| | | |

DATED:    09/10/08    Respectfully submitted,

/s/James L. Henley, Jr.
James L. Henley, Jr., MSB #9909
Chapter 13 Trustee
PO Box 31980
Jackson, MS 39286
(601) 981-9100

CC:    R. CHARLES ROBB
ROBB LAW OFFICE, PLLC
PO BOX 1044
VICKSBURG, MS 39181-1044